## BLAKE V. THE STATE.

(Decided Feb. 2, 1911.  54 South. 496.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. SAMUEL L. WEAVER.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for State.

McCLELLAN, J.—No error in the record. Affirmed.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.

---

## FIRST STATE BANK V. COX, ET AL.

(Decided Dec. 3, 1910.)

APPEAL from Pickens Chancery Court.

Heard before Hon. THOMAS H. SMITH.

I. R. HINTON, for appellant.  CURRY & ROBINSON, for appellee.

Per curiam.—Dismissed for want of prosecution.

---

## FLORIDA HOME INS. CO. V. ADDINGTON, ET AL.

(Decided Nov. 29, 1910.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

L. J. HALEY, JR., for appellant.  GASTON & PETTUS, and C. D. RITTER, for appellee.

Per curiam.—Appeal dismissed.